## URRUTIA v. UNITED STATES.

No. 756, Misc.   Decided June 30, 1958.

Petitioner *pro se.*

*Solicitor General Rankin, Assistant Attorney General Anderson, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   Upon consideration of the entire record and the confession of error by the Solicitor General, the judgment of the United States Court of Appeals for the Fifth Circuit is reversed and the case is remanded for hearing.